IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1:25-cv-00876-CJN *SEALED*

Linda Shaffer, et al

PLAINTIFF/ VICTIM OF LEGAL/JUDICIAL ABUSE

CASE: 1:25-CV-000876

Vs.

U.S. BANK NATIONAL ASSOCIATION,

NOT INDIVIDUALLY BUT SOLELY

AS TRUSTEE OF THE BANK UNITED TRUST 2005-1

AS ALLEGED CORPORATE DEFENDANTS

DEFENDANT

> RULE 1.430. DEMAND FOR JURY TRIAL; WAIVER (a) Right Preserved. The right of trial by jury as declared by the Constitution or by statute shall be preserved to the parties inviolate. (b) Demand. Any party may demand a trial by jury of any issue triable of right by a jury by serving upon the other party a demand therefor in writing.

## MOTION TO AMEND CIVIL COVER SHEET MISTAKENLY FILED

## MOTION TO UNSEAL CASE 1:25-CV-000876

Plaintiff hereby files an Amended Civil Cover Sheet. Plaintiff accidentally marked an incorrect Nature of Suit. Plaintiff filed in her pleadings "All Rights reserved UCC 1-101,102, 202, 306-308, title 15 U.S.C.A. et al". Plaintiff reserved the ability to alter her pleadings.

Plaintiff hereby requests case 1:25-CV-000876 be unsealed. Plaintiff needs access to the docket to monitor filings and to deny access would severely jeopardize plaintiff's judicial and civil rights. There is no reason this case should be sealed and if sealed by a judge please provide a copy of his written order.

RECEIVED
APR - 1 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED 25 MAR 31 P 4:09
CLERK DISTRICT & BANKRUPTCY COURTS FOR DC

Respectfully Submitted,
*s/s Linda Shaffer*
Linda Shaffer

Attachment: AMENDED CIVIL COVER SHEET

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, on this 31st day of March 2025, has been furnished to all parties including:

Michele.clancy@gmlaw.com
GREENSPOON MARDER LLP
TRADE CENTRE SOUTH SUITE 700
100 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309
(954) 343-6973

service@garysingerlaw.com
CHRISTOPHER J. HOERTZ, ESQ
THE LAW FIRM OF GARY M. SINGER
ATTORNEY FOR MCCORMICK 106, LLC
12 S.E. 7TH STREET, SUITE 820
FORT LAUDERDALE, FL 33301

David@dwsmithlaw.com
DAVID W. SMITH, ESQ.
LAW OFFICE OF DAVID W. SMITH
ATTORNEY FOR LINDA SHAFFER, AS TRUSTEE OF THE CHELSEA FAMILY TRUST
5020 CLARK ROAD #412
SARASOTA, FL 34233

/s/ Linda Shaffer
Linda Shaffer
2053 E. Circle Ridge Drive
St. George, Utah 84790

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK DISTRICT & BANKRUPTCY COURTS FOR DC

2025 MAR 31 P 4: 11

RECEIVED

Linda Shaffer, et al

PLAINTIFF/ VICTIM OF LEGAL/JUDICIAL ABUSE

Vs.

U.S. BANK NATIONAL ASSOCIATION,

NOT INDIVIDUALLY BUT SOLELY

AS TRUSTEE OF THE BANK UNITED TRUST 2005-1

AS ALLEGED CORPORATE DEFENDANTS

DEFENDANT

1; – 25 – CV – 000876

No Judge Assigned

> RULE 1.430. DEMAND FOR JURY TRIAL; WAIVER (a) Right Preserved. The right of trial by jury as declared by the Constitution or by statute shall be preserved to the parties inviolate. (b) Demand. Any party may demand a trial by jury of any issue triable of right by a jury by serving upon the other party a demand therefor in writing.

## AMENDED CIVIL COVER SHEET

### DEMAND NOTICE TO THE CLERK TO UNSEAL CASE 1:25-CV-000876

Plaintiff hereby files an Amended Civil Cover Sheet. Plaintiff accidentally marked an incorrect Nature of Suit. Plaintiff filed in her pleadings "All Rights reserved UCC 1-101,102, 202, 306-308, title 15 U.S.C.A. et al". Plaintiff reserved the ability to alter her pleadings.

Plaintiff hereby demands case 1:25-CV-000876 be unsealed. Plaintiff needs access to the docket to monitor filings and to deny access would severely jeopardize plaintiff's judicial and civil rights. There is no reason this case should be sealed and if sealed by a judge please provide a copy of his written order.

Mail Room
APR - 1 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia